**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00394-CV

## B & S WELDING LLC WORK RELATED INJURY PLAN, Appellant

## V.

## JUAN PEDRO OLIVA-BARRON, ET AL., Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-12619**

## ORDER

We **REINSTATE** this appeal.

By order dated July 1, 2013, the Court abated this appeal to allow the trial court to file findings of fact and conclusions of law. On July 26, 2013, the Court received a supplemental clerk's record containing the trial court's findings of fact and conclusions of law. Appellant shall file its brief within thirty days of the date of this order.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE